IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-331-GCM

| | |
|---|---|
| GENERAL TEAMSTERS LOCAL UNION NO. 71, Plaintiff, v. ARAMARK UNIFORM AND CAREER APPAREL, LLC, Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James F. Wallington,** filed June 22, 2017 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Wallington is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, General Teamsters Local Union No. 71.

**IT IS SO ORDERED.**

Signed: June 27, 2017

Graham C. Mullen
United States District Judge